UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELICIA JOHNSON,<br>    Plaintiff | :    CIVIL ACTION NO.<br>:    3:17-cv-2018-WWE<br>: |
| v. | :<br>: |
| THE CARTWRIGHT LIMITED PARTNERSHIP I d/b/a CENTRAL FORD-MERCURY,<br>    Defendant | :<br>:<br>:    MAY 7, 2018<br>:<br>: |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Felicia Johnson, through her attorney, and the defendant, The Cartwright Limited Partnership I d/b/a Central Ford-Mercury, through their attorneys, hereby stipulate that the plaintiff's claims shall be dismissed with prejudice and without costs or attorney's fees.

PLAINTIFF, FELICIA JOHNSON,

By: /s/ *Daniel S. Blinn*
    Daniel S. Blinn (ct02188)
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408
    Fax (860) 571-7457

        DEFENDANT, CARTWRIGHT LIMITED
        PARTNERSHIP I D/B/A CENTRAL FORD-
        MERCURY

By: /s/ *Robert E. Koosa*
    Robert E. Koosa (ct26191)
    rkoosa@bonnerkiernan.com
    Bonner Kiernan Trebach & Crociata LLP
    40 Court Street, 3rd Floor
    Boston, MA 02108
    Tel: (617) 426-3900
    Fax (617) 426-0380

## CERTIFICATION

    I hereby certify that on this 7th day of May, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ *Daniel S. Blinn*
        Daniel S. Blinn